1  BARBARA A. COTTER, ESQ. (SBN 142590)
   TERRY A. WILLS, ESQ. (SBN 133962)
2  COOK BROWN, LLP
   555 Capitol Mall, Suite 425
3  Sacramento, California 95814
   Telephone: (916) 442-3100
4  Facsimile: (916) 442-4227

5  ALAN ADELMAN, ESQ.   BAR NO: 170860
   LAW OFFICES OF ALAN ADELMAN
6  240 Stockton Street, 9th Floor
   Union Square
7  San Francisco, California 94108
   Telephone: (415) 956-1360
8  Facsimile: (415) 625-1339

9  ELIZABETH S. MANCL, ESQ.   BAR NO: 191844
   Attorney at Law
10 508 Forbes Avenue, 2nd Floor South
   Yuba City, California 95991
11 Telephone: (530) 751-1695
   Facsimile: (530) 751-2384

12
   Attorneys for Plaintiff
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 DEANNE BRYSON,                    )  **CASE NO:** 2:10-CV-02281-LKK-GGH
                                     )
18         Plaintiff,                )  **STIPULATION FOR DISMISSAL WITH**
                                     )  **PREJUDICE**
19 vs.                               )
                                     )  **[F.R.C.P. 41(a)(1)(ii)]**
20 RAMICO, INC., RAMICO, LLC dba THE WAFFLE )
   SHOP; RAFEIT MUHAREB dba THE WAFFLE )
21 SHOP,                             )
                                     )
22         Defendant.
   _____

23
        The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of
24
   the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each
25
   party to bear its own attorney's fees and costs.
26

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**CASE NO. 2:10-CV-02281-LKK-GGH**

DATED: July 18, 2011        LAW OFFICE OF ELIZABETH S. MANCL


By:  /s/ Elizabeth S. Mancl
    Elizabeth S. Mancl
    Attorneys for Plaintiff, DEANNE BRYSON


DATED: July 18, 2011        COOK BROWN, LLP


By:  /s/ Terry A. Wills
    Terry A. Wills
    Attorneys for Defendant, RAMICO, LLC dba THE WAFFLE SHOP


**IT IS SO ORDERED.**


Dated: July 21 ,2011.



LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**CASE NO. 2:10-CV-02281-LKK-GGH**    2